IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01057–EWN–BNB

WOODMOOR GROUP, INC., a Colorado corporation,

      Plaintiff,

v.

SIGARMS, INC.,

      Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The "Stipulated Motion to Withdraw Motion to Dismiss" (Document 13) filed July 15, 2005 is
GRANTED.  The motion to dismiss (Document 4) filed June 15, 2005 is deemed
WITHDRAWN.

Dated: July 19, 2005