IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01057–EWN–BNB

WOODMOOR GROUP, INC., a Colorado corporation,

      Plaintiff,

v.

SIGARMS, INC.,

      Defendant.

---

**ORDER**

---

Upon consideration of the "Stipulated Motion to Remand Civil Action to State Court" (Document 14) filed July 15, 2005, it is

**ORDERED** that the motion is GRANTED and the case is remanded to the El Paso County, Colorado, District Court.

Dated this  19  day of July, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge